# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
- Imprisonment: 15 years
- Fine: $250,000
- Supervised Release: 3 years
- Special Assessment: $100
- Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ Jermaine Godfrey

**DISTRICT COURT NUMBER**
CR25-00260 AMO

**FILED**
Aug 27 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
ATF Task Force Officer Abel Alcantar-Belloso

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.** _____

☐ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.** _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form**    Craig H. Missakian
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    Kelsey C. Davidson

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Alameda Superior Court

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR25-00260 AMO

UNITED STATES OF AMERICA,

V.

JERMAINE GODFREY

**FILED**

Aug 27 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT.

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 26th day of

August, 2025.

Brenda Lopez, Deputy Clerk

Bail, $ No bail

Hon. Sallie Kim, U.S. Magistrate Judge

```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
```

**FILED**

Aug 27 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JERMAINE GODFREY, <br><br>  Defendant. | CASE NO. CR25-00260 AMO <br><br> VIOLATION: <br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about January 13, 2025, in the Northern District of California, the defendant,

JERMAINE GODFREY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock Model 19, 9mm pistol bearing serial number BTWV75, and loaded with ammunition, namely, five rounds of R-P 9mm luger ammunition, one round of S&B 9mm ammunition, four rounds of FC 9mm luger ammunition, one round of WCC 9mm ammunition, two rounds of Blazer 9mm luger ammunition, one round of GFL 9mm luger ammunition, one round of Ammo Inc 9mm luger ammunition, one round of WIN 9mm luger ammunition, one round of WMA 9mm ammunition, and one round of USA 9mm ammunition, and the firearm and

INDICTMENT

ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

JERMAINE GODFREY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.   one Glock Model 19, 9mm pistol bearing serial number BTWV75 seized on or about January 13, 2025;

    b.   Five rounds of R-P 9mm luger ammunition;

    c.   One round of S&B 9mm ammunition;

    d.   Four rounds of FC 9mm luger ammunition

    e.   One round of WCC 9mm ammunition;

    f.   Two rounds of Blazer 9mm luger ammunition;

    g.   One round of GFL 9mm luger ammunition;

    h.   One round of Ammo Inc 9mm luger ammunition;

    i.   One round of WIN 9mm luger ammunition;

    j.   One round of WMA 9mm ammunition; and

    k.   One round of USA 9mm ammunition

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 26, 2025                                                  A TRUE BILL.


                                                                        /s/ Foreperson_____
                                                                        FOREPERSON
                                                                        SAN FRANCISCO, CALIFORNIA

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Kelsey C. Davidson_____
KELSEY C. DAVIDSON
Assistant United States Attorney

INDICTMENT                                3