**FILED**

Aug 27 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT
NORTHERN DISTRICT OF CAL

# CRIMINAL COVER SH

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet
along with the Defendant Information Form, for each new criminal c

| | |
|---|---|
| **CASE NAME:** USA v. Jermaine Godfrey | **CASE NUMBER:** CR25-00260 AMO  CR |
| **Is This Case Under Seal?** | Yes  No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK ✓   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Kelsey C. Davidson | **Date Submitted:** 08/26/2025 |
| **Comments:** | |

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)