CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 25-CR-260-AMO** |
| Plaintiff, | **[PROPOSED] DETENTION ORDER** |
| v. | |
| JERMAINE GODFREY, | |
| Defendant. | |

On August 27. 2025, defendant Jermaine Godfrey was charged by Indictment with being a felon in possession, in violation of Title 18 U.S. Code Section 922(g)(1)

This matter came before the Court on September 12 and 16, 2025, for a detention hearing. The defendant was present and represented by Anais Carell. Assistant United States Attorney Kelsey C. Davidson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion: The defendant is a convicted felon, and in this case there is strong evidence that he possessed more than one gun. The defendant has a prior conviction for voluntary manslaughter, which is the unlawful killing of another and indicates that he had a significant involvement in a prior killing. Yet, he continues to possess firearms and therefore poses a danger to the community. The defendant also has a disregard for following rules as seen by his prior probation and parole violations, and there is no reason to find that he will follow rules here. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 16, 2025

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge